IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN W. McQUEEN,**

    **Plaintiff,**

  **vs.**                                     **Civil Action 2:12-CV-166**
                                                **Judge Smith**
                                                **Magistrate Judge King**

**T. PYLES,** *et al.*,

    **Defendants.**

## ORDER

In the initial screen of the *Complaint* performed on March 1, 2012, the Court granted the defendants "45 days after service of process to respond to the *Complaint*." *Initial Screen of the Complaint*, Doc. No. 9. The record demonstrates that service of process on defendant Pyles was completed on May 15, 2012. *See Return of Service*, Doc. No. 18. *See also Order*, Doc. No. 16. Nine (9) days later, defendant Pyles filed a motion to dismiss. *Motion to Dismiss for Failure to State a Claim*, Doc. No. 20.

Because the motion to dismiss was not untimely filed, plaintiff's motion to strike that motion, Doc. No. 21, is **DENIED**.

                                                  *s/ Norah McCann King*
                                                  Norah M<sup>c</sup>Cann King
                                          United States Magistrate Judge

June 6, 2012
Date